Wesley Paul Coonce, Jr.,

      Petitioner,

    v.

United States of America, *et al.*,

      Respondents.

Case No. 6:20-cv-08000-BCW

**Notice withdrawing *pro se* letter**

On February 16, 2022, Petitioner Wesley Paul Coonce, Jr., wrote to this Court requesting to drop his appeals.[1] Undersigned counsel have since conferred with Mr. Coonce, and he no longer wishes to withdraw his appeals. Accordingly, he seeks to withdraw his *pro se* request.

Dated March 25, 2022.

Respectfully submitted,

/s/ *Amelia L. Bizzaro*
Amelia L. Bizzaro
Wisconsin State Bar No. 1045709
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388–6577
amelia_bizzaro@fd.org

/s/ *John Jenab*
John Jenab
Missouri State Bar No. 47452
Jenab Law Firm, P.C.
P.O. Box 30
Lampe, MO 65681
(816) 759–8686
john.jenab@gmail.com

Attorneys for Wesley Paul Coonce, Jr.

---

[1] ECF No. 14.