Wesley Paul Coonce, Jr.,

        Petitioner,

    v.

United States of America, *et al.*,

        Respondents.

Case No. 6:20-cv-08000-BCW

**Notice of filing of parties' agreement regarding timing of § 2255 motion**

Undersigned counsel hereby provide notice to the Court regarding the attached agreement and waiver.

Dated March 25, 2022.

Respectfully submitted,

| /s/ *Amelia L. Bizzaro* | /s/ *John Jenab* |
|---|---|
| Amelia L. Bizzaro | John Jenab |
| Wisconsin State Bar No. 1045709 | Missouri State Bar No. 47452 |
| Assistant Federal Public Defender | Jenab Law Firm, P.C. |
| 411 E. Bonneville Ave., Ste. 250 | P.O. Box 30 |
| Las Vegas, NV 89101 | Lampe, MO 65681 |
| (702) 388–6577 | (816) 759–8686 |
| amelia_bizzaro@fd.org | john.jenab@gmail.com |

Attorneys for Wesley Paul Coonce, Jr.