UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

Wesley Paul Coonce, Jr.,

        Movant,

    v.

United States of America,

        Respondent.

Case No. 6:20-cv-08000-BCW

**Notice of Filing of Sealed Exhibits**

Petitioner Wesley Paul Coonce Jr. provides notice that he submitted exhibits under seal in support of his 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence and for a new trial, in line with this Court's March 29, 2024 Order. *See* ECF No. 61.

Counsel received confirmation today that the exhibits had been delivered by third-party carrier today to the Clerk's Office and the U.S. Attorney's Office.

Counsel also informs this Court that to the extent any prior *ex parte* documents were not included in the exhibits, they have been provided today to the government by email.

Dated May 6, 2024.

        Respectfully submitted,

        Rene Valladares,
        Federal Public Defender, District of Nevada

        */s/ Amelia L. Bizzaro*
        Amelia L. Bizzaro
        Assistant Federal Public Defenders
        Federal Public Defender, District of Nevada
        411 E. Bonneville Ave., Suite 20
        Las Vegas, NV 89128
        (702) 388–6577