UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

Wesley Paul Coonce, Jr.,

      Petitioner,

v.

United States of America,

      Respondent.

Case No. 6:20-cv-08000-BCW

**Notice of Voluntary Dismissal**

Petitioner Wesley Paul Coonce, Jr., by undersigned counsel, hereby provides notice that he voluntarily dismisses this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated January 7, 2025.

Respectfully submitted,

| /s/ Amelia L. Bizzaro | /s/ John Jenab |
|---|---|
| Amelia L. Bizzaro | John Jenab |
| Wisconsin State Bar No. 1045709 | Missouri State Bar No. 47452 |
| Assistant Federal Public Defender | Jenab Law Firm, P.A. |
| 411 E. Bonneville Ave., Ste. 250 | P.O. Box 30 |
| Las Vegas, NV 89101 | Lampe, MO 65681 |
| (702) 388–6577 | (816) 759–8686 |
| amelia_bizzaro@fd.org | john.jenab@gmail.com |